**Dismissed and Opinion Filed January 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01348-CV

**THOMAS HANDLER, Appellant**
**V.**
**DON BUFORD JR., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11354-1**

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Whitehill
Opinion by Justice Lang

Before the Court is appellant's January 6, 2015, agreed motion to dismiss the appeal. In the motion, the appellant states the parties have resolved all matters in dispute and requests we dismiss the appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

141348F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS HANDLER, Appellant

No. 05-14-01348-CV     V.

DON BUFORD JR., Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-11354-1.
Opinion delivered by Justice Lang. Justices Brown and Whitehill participating.

Based on appellant's January 6, 2015, agreed motion to dismiss the appeal, and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 15th day of January, 2015.